UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TERRY HOUNIHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13CV98 CDP |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Terry Hounihan filed this case on July 8, 2013, appealing the denial of his application for supplemental security income and disability insurance benefits. After defendant Carolyn Colvin moved for remand to the Social Security Administration, I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on October 23, 2013.

Plaintiff now seeks attorney's fees in the amount of $2295.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant has no objection to the payment of the amount requested. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find that plaintiff is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#14] is granted. Defendant shall pay plaintiff $2295.00 in attorney's fees.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of December, 2013.